UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00642-FDW-DSC

| | |
|---|---|
| Q.E.P. CO., INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GREAT STAR INDUSTRIAL USA, LLC, )<br>and GOLDBLATT INDUSTRIES, LLC, )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER is before the Court on the parties' "Joint Stipulation for Entry of Consent Permanent Injunction and Dismissal" (Doc. No. 15) (the "Stipulation"). Plaintiff and Defendants stipulate, agree, and move for the entry of the "Consent Permanent Injunction and Order of Dismissal" (Doc. No. 15-1) (the "Consent Order"). The Court, having carefully considered the Stipulation, grants the Stipulation, enters the Consent Order, and it is hereby

ORDERED AND ADJUDGED as follows:

1. The Stipulation is approved and ratified by this Court.

2. Defendants do not contest validity of U.S. Patent No. 7,992,354, including all the claims thereof.

3. Defendant Great Star Industrial USA, LLC, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with one or more of them and who receive actual notice of this Agreed Permanent Injunction and Order of Dismissal, are permanently enjoined from (a) directly and/or indirectly infringing any one or more claims of U.S. Patent No. 7,992,354 and/or (b) making, using, offering for sale, importing into the United

States for sale and/or selling clips and/or wedges usable for leveling tiles in accordance with any one or more claims of U.S. Patent No. 7,992,354.

4. This permanent injunction will expire without further order of this Court upon the expiration of U.S. Patent No. 7,992,354.

5. This suit is dismissed with prejudice, with each party to bear its own costs and attorney fees.

IT IS SO ORDERED.

Signed: March 5, 2018

Frank D. Whitney
Chief United States District Judge